In the Matter of the Application of William Harman Black, Respondent, to Examine in Proceedings Supplementary to Execution Daniel J. Sully,

Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.